**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AYMAN A. DIFRAWI,**
**INTERNET SOLUTIONS CORPORATION**
          **Plaintiff,**

-vs-                                                                Case No. 6:07-cv-1854-Orl-22KRS

**LES HENDERSON, DANIEL BRUCE SCALF**
**aka Frank Torelli,**

                    **Defendants.**
_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT SCALF'S AND HENDERSON'S MOTION FOR LEAVE TO BRING ELECTRONIC DEVICES INTO THE COURTROOM (Doc. No. 118)**
>
> **FILED:** March 8, 2010
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant Scalf and Defendant Henderson may each bring into the courthouse for use at trial a laptop computer and coordinating power cords and accessories necessary to connect the computers to the Court's presentation equipment. Mr. Scalf may also bring into the courthouse a cellphone. These electronic devices are to be used only in the courtroom and adjacent witness rooms, not in the public areas of the courthouse.

Defendant Scalf and Defendant Henderson must present a copy of this Order to the court security officers each time they enter the courthouse with the electronic devices.

**DONE** and **ORDERED** in Orlando, Florida on March 9, 2010.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties